UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

ARCH SPECIALTY INSURANCE COMPANY,        25-cv-6482 (JGK)

                Plaintiff,        <u>ORDER</u>

       - against -

SELMANAJ CORP.,

                Defendant.

---

**JOHN G. KOELTL,** District Judge:

    Pursuant to Rule 12(a) of the Federal Rules of Civil Procedure, the time for the defendant to answer was August 29, 2025. To date, no answer has been filed.

    The time for the defendant to answer or respond to the complaint is extended to **September 26, 2025.** Failure to respond to the complaint by this date could result in a default judgment being entered against the defendant.

    The plaintiffs should serve a copy of this Order on the defendant and file proof of service on the docket by **September 19, 2025.**

**SO ORDERED.**

Dated:    New York, New York
            September 12, 2025

                                            John G. Koeltl
                                  United States District Judge