UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

ARCH SPECIALTY INSURANCE COMPANY,

              Plaintiff,

- against -

SELMANAJ CORP.,

              Defendant.

---

25-cv-6482 (JGK)

<u>ORDER</u>

**JOHN G. KOELTL**, District Judge:

    The plaintiff is directed to file a proposed order to show cause for a default judgment in accordance with this Court's Rules and Individual Practices by **October 6, 2025**.

SO ORDERED.

Dated:    New York, New York
            September 29, 2025

                                          John G. Koeltl
                                  United States District Judge