# DAC BEACHCROFT

October 6, 2025

**VIA ECF**

Hon. John G. Koeltl
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

*[Handwritten: Application granted. So ordered. /s/ John G. Koeltl U.S.D.J. 10/7/25]*

      **Re:** ***Arch Specialty Insurance Company v. Selmanaj Corp.***
            Case No. 1:25-cv-6482-JGK

Dear Judge Koeltl:

We represent the plaintiff, Arch Specialty Insurance Company, in the above-referenced matter. We respectfully request a short extension of time to file Plaintiff's proposed Order to Show Cause for Default Judgment.

Pursuant to the Court's prior scheduling order, the proposed submission is presently due on October 6, 2025. We request a brief extension of twenty one (21) days, through and including October 27, 2025, to allow additional time to finalize the supporting declaration and accompanying exhibits necessary for the filing.

This is Plaintiff's first request for an extension of this deadline. The request is made in good faith and not for purposes of delay. No other deadlines in this matter will be affected.

We thank the Court for its consideration.

Respectfully Submitted,
/s/ Vitaly Vilenchik
Vitaly Vilenchik

DAC Beachcroft LLP
55 Broadway, Suite 1602, New York, NY 10006, USA
tel: +1 917 268 3905 fax: +1 212 346 9063

DAC Beachcroft - an international law firm
DAC Beachcroft LLP is a foreign limited liability partnership registered in New York (registration number 7469552), and is a branch of DAC Beachcroft LLP, a limited liability partnership registered in