# DAC BEACHCROFT

October 27, 2025

**VIA ECF**
Hon. John G. Koeltl
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

      Re:   *Arch Specialty Insurance Company v. Selmanaj Corp.*
             Case No. 1:25-cv-6482-JGK

Dear Judge Koeltl:

We represent the plaintiff, Arch Specialty Insurance Company, in the above-referenced matter. We respectfully request a second short extension of time to file Plaintiff's proposed Order to Show Cause for Default Judgment.

Pursuant to the Court's initial scheduling order, the proposed submission was initially due on October 6, 2025. Plaintiff thereafter requested a brief extension of twenty-one days, through and including October 27, 2025, which the Court granted on October 8, 2025 (Dkt. No. 17).

Plaintiff now seeks an additional seven days to complete its motion. The reason for this request is that Plaintiff is awaiting certain documents from third-party vendors that have been delayed. Plaintiff expects to receive these materials this week and will be prepared to file its default motion immediately thereafter.

This is Plaintiff's second request for an extension of time. The first request was granted. This request is made in good faith, not for the purpose of delay, and no other deadlines will be affected.

We thank the Court for its consideration.

Respectfully Submitted,
/s/ *Vitaly Vilenchik*
Vitaly Vilenchik

**APPLICATION GRANTED**
**SO ORDERED**

*/s/ John G. Koeltl*
John G. Koeltl, U.S.D.J.

10/27/25

DAC Beachcroft LLP
55 Broadway, Suite 1602, New York, NY 10006, USA
tel: +1 917 268 3905 fax: +1 212 346 9063

DAC Beachcroft - an international law firm
DAC Beachcroft LLP is a foreign limited liability partnership registered in New York (registration number 7469552), and is a branch of DAC Beachcroft LLP, a limited liability partnership registered in