UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
ARCH SPECIALTY INSURANCE COMPANY,
                          Plaintiff(s)

               -against-

SELMANAJ CORP.,
                       Defendant(s).
-------------------------------------------------------------X

25 civ 6482 (JGK)

## ORDER

The conference scheduled for Wednesday, November 12, 2025, at 12:30pm, is canceled.

**SO ORDERED.**

_____
**JOHN G. KOELTL**
**UNITED STATES DISTRICT JUDGE**

Dated: New York, New York
       November 6, 2025