UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
_____

ARCH SPECIALITY INSURANCE COMPANY,

                Plaintiff,

      - against -

SELMANAJ CORP.,

                Defendant.
_____

25-cv-6482 (JGK)

ORDER

JOHN G. KOELTL, District Judge:

On September 11, 2025, the Clerk of Court issued certificates of default as to the defendant Selmanaj Corp., ECF No. 12. On November 5, 2025, the Court entered an order to show cause why a default judgment should not be entered against the defendant. ECF No. 27. The plaintiff served the order to show cause on the defendant on November 10, 2025. ECF No. 29. The time to respond to the order to show cause was November 21, 2025, see ECF No. 27, but to date, the defendants have failed to respond. Accordingly, the plaintiff Arch Specialty Insurance Company is entitled to a default judgment against the defendant.

The case is referred to the Magistrate Judge for an inquest to determine the appropriate damages to be awarded, as well as any other provisions of an appropriate judgment.

SO ORDERED.

Dated:    New York, New York
          December 2, 2025

                                  John G. Koeltl
                        United States District Judge