UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ARCH SPECIALTY INSURANCE COMPANY,

Plaintiff,

- against -

SELMANAJ CORPORATION,

Defendant.

25-cv-6482 (JGK)

Order

**John G. Koeltl, District Judge:**

The Court has reviewed the Report and Recommendation of Magistrate Judge Stein dated September 1, 2026. The Report recommends that a judgment be entered as a result of the defendant's default. No objections have been filed and the time for objections has passed. In any event, the Court finds that the Report and Recommendation are well-founded and should be adopted.

Therefore, the Court respectfully requests the Clerk to enter a judgment in favor of the plaintiff Arch Specialty Insurance Company and against the defendant Selmanaj Corporation for breach of contract and be awarded $134,004 plus pre-judgment interest at the rate of $33.04 for each day from August 28, 2019 until the date that the judgment is entered and costs of $630.65. Post-judgment interest will accrue on the judgment at the federal rate prescribed in 28 U.S.C. § 1961(a). All of Arch Specialty Insurance Company's other claims for relief and requests for damages are denied.

The Clerk is also respectfully requested to close this case.

**SO ORDERED.**

**Dated:** **New York, New York**
**September 24, 2026**

**John G. Koeltl**
**United States District Judge**