**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

-----------------------------------------------------------------X

ARCH SPECIALTY INSURANCE COMPANY,

Plaintiff,

25 **CIVIL** 6482 (JGK)

-against-

**JUDGMENT**

SELMANAJ CORPORATION,

Defendant.

-----------------------------------------------------------------X

It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Order dated September 24, 2026, the Court finds that the Report and Recommendation are well-founded and should be adopted. Judgment is entered in favor of the plaintiff Arch Specialty Insurance Company and against the defendant Selmanaj Corporation for breach of contract and be awarded $134,004 plus pre-judgment interest at the rate of $33.04 for each day from August 28, 2019 until the date of judgment in the amount of $85,573.60 and costs of $630.65. Post-judgment interest will accrue on the judgment at the federal rate prescribed in 28 U.S.C. § 1961(a). All of Arch Specialty Insurance Company's other claims for relief and requests for damages are denied; accordingly, the case is closed.

**Dated:** New York, New York
September 29, 2026

**TAMMI M. HELLWIG**

**Clerk of Court**

**BY:** K. Mango

**Deputy Clerk**